Deborah G. Levine   SBN 57606
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Phone: (925) 933-5100
Fax:     (925) 933-5297
Attorney for Defendant
MONICA TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR15-0186 WHA |
| | ) | |
| Plaintiff | ) | |
| | ) | REQUEST TO CHANGE SELF |
| vs. | ) | SURRENDER DATE AND [~~PROPOSED~~] |
| | ) | ORDER |
| MONICA TAYLOR, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

Monica Taylor is currently ordered to self surrender for a prison sentence imposed in the above case on March 15, 2016.  Since that order was made, circumstances have changed and Ms. Taylor respectfully requests that date be continued to June 20, 2016.  Ms. Taylor's daughter, Aaliya, suffers from separation anxiety and is treated by psychologist, Kelly Magee O'Dea, LCSW at Kaiser Permanente Department of Psychiatry in Union City, California.  Ms. O'Dea states, in a letter attached to this request, that it would be best for Aaliya, to have Monica Taylor begin her prison sentence at the end of the school year to minimize the negative impact on Aaliya.  The family law court in Alameda County will address issues of custody and visitation for Ms. Taylor, Aaliya and her father on March 7, 2016 in Hayward (Department 508).  There is a dispute between Ms. Taylor and Aaliya's father regarding these issues.

In addition Ms. Taylor has been given notice to vacate her apartment no later than March 25, 2016. Ms. Taylor is looking for housing for her mother, with whom she lives, and for her and Aaliya after Ms. Taylor completes her prison sentence. Having all this completed before Monica Taylor self surrenders will insure that Ms. Taylor's mother has housing and a place for Monica to return with her daughter after she serves her sentence. It is also in Aaliya's best interest in order to minimize the negative impact of separation from her mother.

For these reasons June 20, 2016 will be best for Monica Taylor to self surrender to the Dublin SCP, the BOP Facility where she has been designated to serve her sentence.

Assistant United States Attorney Hallie Hoffman and United States Probation Officer Jill Spitalieri have been informed of this request and have no objection to it.

Respectfully submitted,

Dated: February 24, 2016                    _____/s/_____
                                            DEBORAH G. LEVINE
                                            Attorney for Monica Taylor

[PROPOSED] ORDER:

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

That defendant, Monica Taylor's self surrender date of March 15, 2016 be changed to June 20, 2016.

IT IS SO ORDERED.

Dated: February 26, 2016.                   _____
                                            WILLIAM H. ALSUP
                                            United States District Judge

- 2 -