Deborah G. Levine   SBN 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Phone: (925) 933-5100
Fax:    (925) 933-5297
Attorney for Defendant
MONICA TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR15-0186 WHA |
| | ) | |
| Plaintiff | ) | |
| | ) | REQUEST TO CHANGE SELF |
| vs. | ) | SURRENDER DATE AND [PROPOSED] |
| | ) | ORDER |
| MONICA TAYLOR, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

    Monica Taylor is currently ordered to self surrender for a prison sentence imposed in the above case on June 20, 2016.  That date was selected in order for Ms. Taylor to make sure her daughter had made an appropriate transition to living with her father before Ms. Taylor began to serve her prison time.  That transition has now been completed.  In addition Ms. Taylor's mother needed relocating to a less expensive apartment since Monica could not contribute to its upkeep.  That move will be complete by the end of May 2016 and therefore Ms. Taylor would like to surrender June 5, 2016 so that she will complete her prison time on or about her daughter's winter school holiday in 2017.

    For these reasons, June 5, 2016 will be best self surrender date for Monica Taylor, her daughter and mother.  She has been designated to the Dublin SCP, the BOP Facility, to serve her sentence.

Assistant United States Attorney Hallie Hoffman and United States Probation Officer Jill Spitalieri have been informed of this request and have no objection to it.

Respectfully submitted,

Dated: May 3, 2016                    _____/s/_____
                                      DEBORAH G. LEVINE
                                      Attorney for Monica Taylor

[PROPOSED] ORDER:

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

That defendant, Monica Taylor's self surrender date of June 20, 2016 be changed to June 5, 2016.

IT IS SO ORDERED.

Dated: May 4, 2016.                   _____
                                      WILLIAM H. ALSUP
                                      United States District Judge